# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *I.C., a minor, by and through his natural parent*, NASIM CHAUDHRI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC.,<br><br>*Defendant*. | Case No. 4:20-cv-01539-YGR<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED COMPLAINT AND TO AMEND SCHEDULING ORDER** |
| *Carl Johnson, et al.,*<br><br>PLAINTIFFS<br><br>*v.*<br><br>*Zynga Inc.,*<br><br>DEFENDANT | Case No. 4:20-cv-02024-YGR |
| *Joseph Martinez IV, et al.,*<br><br>PLAINTIFFS<br><br>*v.*<br><br>*Zynga Inc.,*<br><br>DEFENDANT | Case No. 4:20-cv-02612-YGR |
| *Christopher Rosiak, et al.*<br><br>PLAINTIFFS<br><br>*v.*<br><br>*Zynga, Inc.,*<br><br>DEFENDANT | Case No. 4:20-cv-05674-YGR |

**ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED COMPLAINT AND TO AMEND SCHEDULING ORDER**
**Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR**

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

After having met and conferred, and consistent with the discussion between the parties and the Court at the March 1, 2021 case management conference, Plaintiffs in the *Chaudhri* action (*I.C., et. al., v. Zynga Inc.*, Case No. 4:20-cv-01539), Plaintiffs in the *Johnson* action (*Johnson, et al., v. Zynga Inc.*, Case No. 4:20-cv-02024), Plaintiffs in the *Martinez* action (*Martinez, et al., v. Zynga Inc.*, Case No. 4:20-cv-02612), and Plaintiffs in the *Rosiak* action (*Rosiak, et al., v. Zynga, Inc.*, Case No. 4:20-cv-5674) (collectively, "Plaintiffs") along with Defendant Zynga Inc. ("Zynga") (together, the "Parties") stipulate as follows:

1. In order to facilitate the efficient resolution of claims brought against Zynga in the aforementioned actions, the Parties—subject to the approval of the Court—agree that:

   a. The *Chaudhri*, *Johnson*, *Martinez*, and *Rosiak* actions shall be consolidated for all purposes.

   b. The *Martinez*, *Johnson*, and *Rosiak* actions shall be administratively closed and all future filings shall be made in the *Chadhri* action, Case No. 4:20-cv-01539.

   c. If a related action is subsequently filed in or transferred to this District, it will be consolidated into this action and administratively closed, without further order of the Court. A party in such action wishing to object to consolidation must file an application for relief from this order within ten (10) days after the date on which the party's counsel receives a copy of this order.

   d. Plaintiffs shall have up to and including March 12, 2021 to file a Consolidated Amended Class Action Complaint.

   e. Zynga shall have up to and including April 21, 2021 to move to dismiss Plaintiffs' Consolidated Amended Class Action Complaint and/or move to arbitrate claims brought by Plaintiffs Amy Gitre, Lisa Thomas, and Joseph Martinez.

ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED COMPLAINT AND TO AMEND SCHEDULING ORDER
Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR

1

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

    f.   Plaintiffs shall have up to and including May 26, 2021 to oppose Zynga's motion to dismiss and/or motion to compel arbitration.

    g.   Zynga shall have up to and including June 30, 2021 to reply to Plaintiffs' opposition to its motion to dismiss and/or motion to compel arbitration.

    h.   A hearing on Zynga's motion to dismiss and/or motion to compel arbitration shall be scheduled to take place before the Court on July 27, 2021.

2. The Parties respectfully request the Court enter an Order consistent with the foregoing.

**IT IS SO STIPULATED.**

Dated:   March 5, 2021

By: /s/ *Adam J. Zapala*
Adam J. Zapala (SBN 245748)
Reid Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP.**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
rgaa@cpmlegal.com

**THE MILLER LAW FIRM, P.C.**
Sharon S. Almonrode (*pro hac*)
E. Powell Miller (*pro hac vice pending*)
Emily E. Hughes (*pro hac vice pending*)
William Kalas (*pro hac vice pending*)
950 W. University Dr., Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com
wk@millerlawpc.com

**FOULSTON SIEFKIN LLP**
Scott C. Nehrbass (*pro hac vice*)
Daniel J. Buller (*pro hac vice)*
32 Corporate Woods, Suite 600

ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED    2
COMPLAINT AND TO AMEND SCHEDULING ORDER
Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR

9225 Indian Creek Parkway
Overland Park, KS 66210-2000
(913) 253-2144
(866) 347-1472 FAX
snehrbass@foulston.com
dbuller@foulston.com

Boyd A. Byers (*pro hac vice pending*)
Jeremy E. Koehler (*pro hac vice pending*)
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel. (Direct): 316-291-9796
Fax: 866-559-6541
bbyers@foulston.com
jkoehler@foulston.com

*Counsel for Plaintiffs I.C., Amy Gitre, and the Putative Class*

By: /s/ *Hassan A. Zavareei*
Hassan A. Zavareei (State Bar No. 181547)
Mark A. Clifford (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com mclifford@tzlegal.com

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner (pro hac vice)
Joseph C. Bourne (State Bar No. 308196)
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

*Counsel for Plaintiffs Carol Johnson and Lisa Thomas, and the Putative Class*

By: /s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan (*pro hac vice*)
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

**ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED     3
COMPLAINT AND TO AMEND SCHEDULING ORDER**
Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

| | |
|---|---|
| 1 | Telephone: (312) 741-1019 |
| 2 | Facsimile: (312) 264-0100 |
|   | beth@feganscott.com |
| 3 | |
| 4 | Greg Kinskey (*pro hac vice*) |
|   | 100 Congress Ave., Suite 200 |
| 5 | Austin TX 78701 |
|   | Telephone: (512) 229-0655 |
| 6 | greg@feganscott.com |

Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Greg Kinskey (*pro hac vice*)
100 Congress Ave., Suite 200
Austin TX 78701
Telephone: (512) 229-0655
greg@feganscott.com

Lynn A. Ellenberger (*pro hac vice*)
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (412) 785-2400
lynn@feganscott.com

**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.,**
J. Barton Goplerud (*pro hac vice* forthcoming)
goplerud@sagwlaw.com
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887

*Attorneys for Plaintiffs Joseph Martinez IV, Daniel Petro, Christopher Rosiak, and the Putative Class*

By: /s/ *Elizabeth L. Deeley*
**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (CA Bar No. 230798)
*elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

**ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED COMPLAINT AND TO AMEND SCHEDULING ORDER** 4
Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Serrin Turner (*pro hac vice*)
serrin.turner@lw.com
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant Zynga Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 9, 2021

_____
The Honorable Judge Yvonne Gonzalez Rogers
Unites States District Court Judge

**ORDER GRANTING JOINT STIPULATION TO FILE AMENDED CONSOLIDATED COMPLAINT AND TO AMEND SCHEDULING ORDER**    5
Case Nos. 4:20-cv-01539-YGR; 4:20-cv-02024-YGR; 4:20-cv-02612-YGR; 4:20-cv-05674-YGR

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP